Att: Clerks office, could you please add Torts 360 - Other personal injury & 362 Personal injury - medical ~~Practic~~ malpractice as part of my existing lawsuit Case No: 3:17-cv-1011-YY

So far you only just have the civil right portion of it on my file. My personal injury is about 80% or more reason for my lawsuit. So I want torts 360 & 362 in there and nature of my lawsuit along with the civil rights portion you already have. Dated June 29/2017

Once you have the TORTS 360 & 360 added into my case please let Courtroom Deputy Clerk: Trish Hunt know. Thanks.

SAMUEL WANI    7/12/17