FILED 30 AUG 17

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

RECEIVED UNITED STATES MARSHAL 17 AUG -3 PM 2:17 PORTLAND, OREGON

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Samuel Mani | 3:17-CV-1011-YY |
| DEFENDANT | TYPE OF PROCESS |
| Dominick Fix-Gonzalez | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Dominick-Fix-Gonzalez at George Fox University

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 414 N. Meridian ST, Newberg OR 97132

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Samuel Mani
P.O Box 7548
Covington WA 98042

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Dominick-Fix-Gonzalez is a Student at George Fox universty the university Knows where he lives and they will be able to take this summon on his behalf.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 425-281-1835 | 8/3/17 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. D65 | No. D65 | [signature] | 8-7-17 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 8/8/17 Time 3:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8 | | | $8 |

REMARKS: No longer attends school at George Fox
forwarding address attached. (437 W. Olive st #3 Inglewood CA 90301)
8/9/17 Cert Mail 7017 1070 0000 5557 5626 dsb

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# USPS Tracking® Results

FAQs (http://faq.usps.com/?articleId=220900)

No longer
437 W. Olive St #3
Inglewood CA
90301
Darby Thiesen
303-554-2188

Track Another Package +

**Tracking Number:** 70171070000055575626

Delivery Attempt: Action Needed

## Product & Tracking Information

**See Available Actions**

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 12, 2017, 3:15 pm** | **Notice Left (No Authorized Recipient Available)** | **INGLEWOOD, CA 90301** |

We attempted to deliver your item at 3:15 pm on August 12, 2017 in INGLEWOOD, CA 90301 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning August 14, 2017. If this item is unclaimed by August 27, 2017 then it will be returned to sender.

| | | |
|---|---|---|
| August 12, 2017, 9:57 am | In Transit to Destination | ON ITS WAY TO INGLEWOOD, CA 90301 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| SAMUEL WANI<br>*Plaintiff(s)*<br>v.<br>Dominic Eix- Gonzalez<br>*Defendant(s)* | ) | Civil Action No. 3:17-cv-1011-yy |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Fox University
414 N. Meridian St.
Newberg, OR 97132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAMUEL W WANI
P.O. BOX 7548
Covington WA
98042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

Date: JUL 24 2017

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dominick Fix Gonzalez
437 W Olive St #3
Inglewood CA 90301
17-1011

9590 9402 2542 6306 6127 80

2. Article Number *(Transfer from service label)*

7017 1070 0000 5557 5626

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* DOMINICK FIX-GONZALEZ

C. Date of Delivery 08/19/2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INGLEWOOD CARRIER ANNEX AUG 1 2017 INGLEWOOD CA 90304-9998

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
il
il Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #
9590 9402 2542 6306 6127 80
United States Postal Service
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4® in this box•
UNITED STATES MARSHALS SERVICE
401 U.S. COURTHOUSE
1000 S.W. THIRD AVENUE
PORTLAND, OR 97204-2902
RECEIVED
UNITED STATES MARSHAL
17 AUG 24 PM 2:43
PORTLAND, OREGON

