Samuel W. Wani
PO Box 7548
Covington, WA 98042
Phone: 425-281-1835
E-Mail: samuelwani@eagles.ewu.edu

Plaintiff *Pro Se*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| Samuel W. Wani,<br>    Plaintiff,<br><br>v.<br><br>George Fox University, et al,<br><br>    Defendant. | Civil No. 3:17-CV-01011-YY<br><br>**Notice of Voluntary Dismissal<br>of Providence Medical Group Only**<br>Pursuant to FRCP 41(a)(1)<br>by Plaintiff |

Pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff hereby gives notice that he voluntarily dismisses Providence Medical Group from this action without costs to any party.

Dated this 26 day of September, 2017

By: _____
Samuel W. Wani
Plaintiff *Pro Se*

Page 1 -   **NOTICE OF VOLUNTARY DISMISSAL OF PROVIDENCE MEDICAL GROUP ONLY**

Samuel Wani

9/26/2017

P.O.Box 7548

Covington WA 98042

**Request to Judge Hon. Youlee Yim You, by Samuel wani to dismiss all claims against Providence medical group , under the dba of Providence Health & Services-Oregon form Wani vs George Fox University , etal USDC No: 3:17-cv-01011-yy and Wani v Thomas Croy, MD., etal USDC NO.3:17-cv-01192-yy.**

I Samuel Wani, am asking the court to Dismiss any and all claims against Providence medical group , under the dba of Providence Health & Services-Oregon form Wani vs George Fox University , etal USDC No: 3:17-cv-01011-yy and Wani v Thomas Croy, MD., etal USDC NO.3:17-cv-01192-yy. I have been conferring with Sheri C. Browning, the lawyer that represents providence since Aug. 22/2017/ and my last conversation over the phone with here was September 20th. I have had four phone conversations in the spent of the last month and more other email conferrals. During both our phone and email conferrals since the first day Sheri. C Browning has made it very clear to me that Providence had no role in the cover up of my injury and that providence was not aware of what was going on Between George Fox University and Dr. Thomas Croy. To my understanding, all the suggested involvement of providence in covering up my injury or advising George Fox university to not treat me were all false accusation made by George fox university in an attempt to intimidate me as they have than over the course of my injury. Sheri C. Browning has insured me that her client providence has not had any conversation with George fox university or its representatives from the date of my treatment from providence up to when they learned about the lawsuit in Mid July 2017. Sheri. C Browning has been able to provide me, with a copy of my x-ray, post visit summery and treatment Notes from Providence and also made it very clear that Dr. Thomas Croy became an employee of providence on September28, 2015, after the allege conduct in both of my lawsuits. Given that providence has been working with me and provided me everything that I have asked of them, I believe that they have provided me all the sufficient information I need to remove them from both lawsuit.

Based on the information that is provided to me, I Samuel Wani, am making the decision on my own, willingly on the evidence I have from Sheri C. Browning and Providence Medical group assuming that they are true and made in good faith. I declare under penalty of jury that all information is true to the best of my understanding.

Sincerely, Samuel Wani.