IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SAMUEL W. WANI,

        Plaintiff,

v.

GEORGE FOX UNIVERSITY; PROVIDENCE MEDICAL GROUP; THOMAS CROY; DOMINICK FIX-GONZALEZ; GREGG BOUGHTON; CHRIS CASEY; JOHN BATES; IAN SANDERS; GABE HABERLY; CRAIG TAYLOR; DAVE JOHNSTONE; MARK POTHOFF; and SARAH TAYLOR,

        Defendants.

Case No. 3:17-cv-01011-YY

JUDGMENT

Based on the record and the Opinion and Order filed herewith, this case is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED.

Dated this 25th day of March, 2019.

                                  /s/ Youlee Yim You
                                  Youlee Yim You
                                  United States Magistrate Judge