# IN THE COURT OF APPEALS OF THE STATE OF OREGON

SAMUEL W. WANI

                Plaintiff-Appellant

v.

GEORGE FOX UNIVERSITY; PROVIDENCE MEDICAL GROUP; DR. THOMAS CROY, M.D.; DOMINIC FIX-GONZALEZ; GREGG BOUGHTON; CHRIS CASEY; JOHN BATES; IAN SANDERS; GABE HABERLY; CRAIG TAYLOR; DAVE JOHNSTONE; MARK POTHOFF, and SARAH TAYLOR,

                Defendant(s)Respondent.

Multnomah County, Case Number: No. 3:17-cv-01011-YY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
740 UNITED STATES COUTHOUSE
1000 S.W. THIRD AVENUE PORTLAND,
OREGON 97204-2902
OFFICIAL BUSINESS
Phone: 503-326-8000

## NOTICE OF APPEAL

1.

**SAMUEL W. WANI** hereby gives notice of appeal from the judgment entered on **March, 25th/2019**

Not attached: **(Aug 8, 2018 ORDER: referring Findings & Recommendation,
Feb 23, 2018 ORDER: Plaintiff's Motion for Summary Judgment (# 75 ) is stayed pending the completion of discovery, Feb 22, 2018 ORDER: referring Findings & Recommendation 128, Motion Rule 12 Motions Against Complaint 52, and Complaint 1 to Judge Marco A. Hernandez for his review and determination.)**

**6.**

DATE:  **04/24th/2019**  SIGNATURE: 

## CERTIFICATE OF FILING

I certify that on DATE,(04/24th/2019) I filed the original of the notice of appeal with the State Court Administrator at the following address:

**ATTN: Records Section
State Court Administrator
Supreme Court Building
1163 State Street
Salem, OR   97301-2563**

By the following method of filing:

**United States Postal Service, ordinary first-class mail.**

## CERTIFICATE OF SERVICE

I certify that on **(Wednesday, April 24th, 2019)**, I served a true copy of the notice of appeal to the following parties at the addresses set forth below.  By placing a copy in a first-class postage paid envelope in Bellevue Washington for

**RESPONDENT(s):**
Mark Sherman
OSB NO: 095055
Hart Wagner, LLP
Address: 1000 SW Broadway, Twentieth Floor
Portland, OR 97205-3072
Of attorneys for defendant Thomas Croy MD

OSB NO: 860528
The Rickles Law Firm, PC
Address: 1839 NW 24thAvenue,
Portland, OR 97210-2537
Attorney for George Fox defendants and defendant George Fox University


Troy Garret Sexton
OSB NO: 115184
Motschendacher and Blattner LLP
Address: 117 SW Taylor St.
Suite 200
Portland, OR 97024
Attorney for Dominick - Fix Gonzalez

Ms. Sheri C. Browning
OSB NO: 975028
Brisbee & Stockton LLC
Address: 139 NE Lincoln St
P.O. Box 567
Hillsboro, Oregon 971223
Attorney for Providence Medical Group(PMG)

**TRIAL COURT ADMINISTRATOR:**
**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COUTHOUSE
1000 S.W. THIRD AVENUE PORTLAND,
OREGON 97204-2902
OFFICIAL BUSINESS
Phone: 503-326-8000


**TRANSCRIPT COORDINATOR:**
Trish Hunt:
Deputy clerk for Hon. Judge You
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COUTHOUSE
1000 S.W. THIRD AVENUE PORTLAND,
OREGON 97204-2902
OFFICIAL BUSINESS
Phone: 503-326-8000

**OTHER PARTIES:**
Ms. Sheri C. Browning
OSB NO: 975028
Brisbee & Stockton LLC
Address: 139 NE Lincoln St
P.O. Box 567
Hillsboro, Oregon 971223

Attorney for Providence Medical Group (PMG

---

By the following method of service:

**United States Postal Service, ordinary first-class mail.**

**DATE:** __04/24th/2019:  Printed: SAMUE W. WANI__ **SIGNATURE:** _____