UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL W. WANI,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>GEORGE FOX UNIVERSITY; et al.,<br><br>    Defendants - Appellees,<br><br> and<br><br>PROVIDENCE MEDICAL GROUP,<br><br>    Defendant. | No. 19-35355<br><br>D.C. No. 3:17-cv-01011-YY<br>U.S. District Court for Oregon,<br>Portland<br><br>**MANDATE** |

The judgment of this Court, entered April 01, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $28.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7